**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## NOTICE OF ORDER ON MOTION

Cause number:        01-11-00937-CR

Style:        Chester McGee

        **v** The State of Texas

Date motion filed*:        May 14, 2013

Type of motion:        Extension of Time to File Pro Se Response to Anders Brief

Party filing motion:        Appellant

Document to be filed:        Pro Se Response to Anders Brief

If motion to extend time:

        Deadline to file document:        May 31, 2013

        Number of previous extensions granted:        0

        Length of extension sought:

Ordered that motion is:

        ☑    Granted
            If document is to be filed, document due: **June 28, 2013**

            ☐    The Clerk is instructed to file the document as of the date of this order
            ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐    Denied

        ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature:   /s/ Laura C. Higley
                ☑ Acting individually    ☐ Acting for the Court

Date:  May 22, 2013